FILED
U.S. DISTRICT COURT
2008 FEB 26  P 3: 19
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| CAMILLIA D. OLSON,<br><br>               Plaintiff,<br><br>vs.<br><br>ROBERT BENNETT, et al.,<br><br>               Defendants. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br><br><br>Case No. 2:07 CV 564 TC |

*Pro se* plaintiff Camillia D. Olson has filed a complaint against Robert Bennett, Orrin Hatch, Jon Huntsman and Ron Bishop. The court referred this case to Magistrate Judge Paul M. Warner pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B).

On February 6, 2008, Judge Warner issued his Report and Recommendation recommending dismissal of Plaintiff's complaint. The parties were given ten days to file objections to the Report and Recommendation and were cautioned that failure to file an objection could constitute waiver thereof upon subsequent review.

Plaintiff filed a response to the Report and Recommendation on February 15, 2008.

The court, after thorough review of the Report and Recommendation and Plaintiff's response, agrees that Judge Warner's conclusions are correct in all respects, and hereby adopts the Report and Recommendation as the order of the court. Plaintiff's complaint is DISMISSED.

DATED this 26 day of February, 2008.

BY THE COURT:

*Tena Campbell*
TENA CAMPBELL
Chief Judge